Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protest was overruled in all other respects.

**No. 52975.**—Park & Tilford Import Corp. and A. F. Sullivan Corp. v. United States, protests 946072–G and 955635–G (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.   The protests were overruled in all other respects.

**No. 52976.**—Griggs, Cooper & Co. v. United States, protest 115261–K/12755 (New Orleans).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protest was overruled in all other respects.

**No. 52977.**—Austin, Nichols & Co., Inc., et al. v. United States, protests 120586–K, etc. (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.   The protests were overruled in all other respects.

**No. 52978.**—Federal Wine & Liquor Co. et al. v. United States, protests 122156–K, etc. (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.   The protests were overruled in all other respects.

**No. 52979.**—Austin, Nichols & Co., Inc., et al. v. United States, protests 131047–K, etc. (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52980.**—British American Importation Co., Ltd. *v.* United States, protests 138469–K and 138470–K (Los Angeles).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.

BEFORE THE FIRST DIVISION, MARCH 31, 1949

**No. 52981.**—New York Auction Co., Inc., et al. *v.* United States, protests 140914–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

BEFORE THE THIRD DIVISION, MARCH 31, 1949

**No. 52982.**—Schenley Distilleries, Inc. *v.* United States, protests 120692–K and 121538–K (Indianapolis).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.

**No. 52983.**—Standard Wine & Liquor Co., Inc., et al. *v.* United States, protests 121126–K, etc. (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52984.**—Capitol Wine & Spirit Corp. et al. *v.* United States, protests 122840–K, etc. (New York).